**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Shane Michael Herron** | Social Security number or ITIN **xxx–xx–4508** |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |
| United States Bankruptcy Court | **District of South Carolina** | Date case filed for chapter **7   8/29/18** |
| Case number: | **18–04397–hb** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Shane Michael Herron | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3 Etheridge Drive<br>Greenville, SC 29609 | |
| 4. | **Debtor's attorney**<br>Name and address | Christopher M. Edwards<br>Moss & Associates Attorneys, P.A.<br>109 Laurens Road<br>Bldg 4, Suite A<br>Greenville, SC 29607 | Contact phone 864/272–3413<br>Email: **None** |
| 5. | **Bankruptcy trustee**<br>Name and address | Randy A. Skinner<br>300 N. Main Street<br>Suite 201A<br>Greenville, SC 29601 | Contact phone (864) 232–2024<br>Email: trustee@skinnerlawfirm.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

Debtor **Shane Michael Herron**                                                               Case number **18–04397–hb**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | J. Bratton Davis United States Bankruptcy Courthouse<br>1100 Laurel Street<br>Columbia, SC 29201–2423 | Hours open 9:00 am – 5:00 pm<br><br>Contact phone: 803–765–5436<br><br>Date: 8/30/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 25, 2018 at 12:00 PM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** **Valid photo identification required** *** | Location: **Donald Stuart Russell Federal Courthouse, 201 Magnolia Street, Spartanburg, SC 29306–2355** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/26/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Dismissal Notice** | This case may be dismissed without further notice or hearing should the debtor fail to comply with SC LBR 1017–2 (providing for dismissal for a failure to: pay the applicable filing fee, file or provide documents, or attend the meeting of creditors). | |
| **14. Miscellaneous Notice** | The Voice Case Information System (VCIS) will give status information on cases filed or converted after 11/30/88. Call 1–866–222–8029. Please refer to the Court's web site at www.scb.uscourts.gov for further information. Chapter 7 cases: Property of the estate may be abandoned by the trustee at the meeting of creditors unless creditors or parties in interest object to SC LBR 6007–1. | |

```
                              United States Bankruptcy Court
                                District of South Carolina

In re:                                                          Case No. 18-04397-hb
Shane Michael Herron                                            Chapter 7
       Debtor                      CERTIFICATE OF NOTICE
District/off: 0420-7          User: mcabee                 Page 1 of 2                Date Rcvd: Aug 30, 2018
                              Form ID: b309a               Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2018.
543488786      +American Home Patient,    PO Box 531673,    Atlanta GA 30353-1673
543488790       Bon Secour Medical Group,    PO Box 74317,    Atlanta GA 30374
543488791      +Brock & Scott,    3800 Fernandina Road Suite 110,    Columbia SC 29210-3838
543488794      +CAROLINA ENT BON SECOURS MEDICAL GROUP,     115 HALTON VILLAGE CIRCLE,    Greenville SC 29607-6825
543488793      +Carecentrix,    PO Box 1235,    Elmsford NY 10523-0935
543488798      +Department of Employment & Workforce,     ATTN: Fire Recovery Unit,    PO Box 2644,
                 Columbia SC 29202-2644
543488801      +Elizabeth Seramur,    303 N Franklin Road,    Greenville SC 29609-3452
543488804      +FIRST AMERICAN HOME BUYERS,    DEPT. 22784,    Pasadena CA 91185-0001
543488802      +Fed Loan Serv,    Pob 60610,    Harrisburg PA 17106-0610
543488803      +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati OH 45227-1115
543488808      +GRV Innerversion MRI,    PO Box 2220,    West Covina CA 91793-2220
543488806      +Greenville Endoscopy,    PO Box 8161,    Greenville SC 29604-8161
543488807      +Greenville Health System,    PO Box 743518,    Atlanta GA 30374-3518
543488811      +LCA COLLECTIONS,    PO BOX 2240,    Burlington NC 27216-2240
543488812      +MEDICAL REVENUE SERVICE,    PO BOX 938,    Vero Beach FL 32961-0938
543488815      +Progressive Mgmt Syste,    1521 W Cameron Ave Fl 1,    West Covina CA 91790-2738
543488816      +REVMD Partners,    1111 Pasquinelli Drive,    Westmont IL 60559-1169
543488818      +The Bureaus Inc,    1717 Central St,    Evanston IL 60201-1507
543488819      +Univ Fcu,    Po Box 9350,    Austin TX 78766-9350
543488821       Upstate Pathology, P.A.,    P.O. Box 9290,    Greenville SC 29604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: shaneherron@gmail.com Aug 30 2018 21:16:13      Shane Michael Herron,
                 3 Etheridge Drive,    Greenville, SC 29609-3442
aty             E-mail/Text: Chris@mossattorneys.com Aug 30 2018 21:16:15       Christopher M. Edwards,
                 Moss & Associates Attorneys, P.A.,    109 Laurens Road,   Bldg 4, Suite A,
                 Greenville, SC  29607
tr             +EDI: BRASKINNER.COM Aug 31 2018 01:18:00      Randy A. Skinner,    300 N. Main Street,
                 Suite 201A,    Greenville, SC 29601-2159
ust             E-mail/Text: ustpregion04.co.ecf@usdoj.gov Aug 30 2018 21:16:27       US Trustee's Office,
                 Strom Thurmond Federal Building,    1835 Assembly St.,    Suite 953,    Columbia, SC 29201-2448
543488785      +EDI: GMACFS.COM Aug 31 2018 01:18:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit MI 48243-1300
543488787      +EDI: AMEREXPR.COM Aug 31 2018 01:19:00      Amex,    Po Box 297871,
                 Fort Lauderdale FL 33329-7871
543488788       EDI: BANKAMER.COM Aug 31 2018 01:19:00      Bankamerica,    Po Box 982238,    El Paso TX 79998
543488789      +EDI: TSYS2.COM Aug 31 2018 01:18:00      Barclays Bank Delaware,    Po Box 8803,
                 Wilmington DE 19899-8803
543488797      +EDI: CMIGROUP.COM Aug 31 2018 01:18:00      CREDIT MANAGEMENT,    PO BOX 118288,
                 Carrollton TX 75011-8288
543488792      +EDI: CAPONEAUTO.COM Aug 31 2018 01:19:00      Capital One Auto Finan,    3901 Dallas Pkwy,
                 Plano TX 75093-7864
543488795      +E-mail/Text: bankruptcy@cavps.com Aug 30 2018 21:16:35       Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe AZ 85285-7288
543488796      +EDI: CHASE.COM Aug 31 2018 01:19:00      Chase Card,    Po Box 15298,    Wilmington DE 19850-5298
543488799      +EDI: DISCOVER.COM Aug 31 2018 01:19:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington DE 19850-5316
543488800      +EDI: DCI.COM Aug 31 2018 01:19:00      Diversified Consultants,    PO Box 551268,
                 Jacksonville FL 32255-1268
543488805      +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Aug 30 2018 21:16:48       Gla Collection Co Inc,
                 2630 Gleeson Ln,    Louisville KY 40299-1772
543488809      +EDI: HFC.COM Aug 31 2018 01:19:00      Hsbc Bank,    95 Washington St,    Buffalo NY 14203-3006
543488782       EDI: IRS.COM Aug 31 2018 01:19:00      IRS,    1835 ASSEMBLY ST.,    STOP MDP 39,
                 Columbia SC 29201
543488810      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Aug 30 2018 21:16:49
                 Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood MO 63042-2429
543488813      +EDI: MID8.COM Aug 31 2018 01:18:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego CA 92108-2709
543488814      +E-mail/Text: mmrgbk@miramedrg.com Aug 30 2018 21:16:29       MiraMed Revenue Group,    PO Box 7700,
                 Detroit MI 48277-0001
543488783      +E-mail/Text: bankruptcy@sctax.org Aug 30 2018 21:16:37       SC DEPARTMENT OF REVENUE,
                 PO BOX 12265,    Attn: Bankruptcy,    Columbia SC 29211-2265
543488817      +EDI: RMSC.COM Aug 31 2018 01:19:00      Syncb/gapdc,    Po Box 965005,    Orlando FL 32896-5005
543488784      +E-mail/Text: USASC-Bankruptcy@usdoj.gov Aug 30 2018 21:16:41       United States Attorney,
                 District of South Carolina,    1441 Main Street, Suite 500,    Columbia SC 29201-2897
543488820      +Fax: 512-977-7890 Aug 30 2018 21:42:32      University Fed Cr Un,    Po Box 9350,
                 Austin TX 78766-9350
543488822      +EDI: VERIZONCOMB.COM Aug 31 2018 01:19:00      Verizon Wireless,    Po Box 650051,
                 Dallas TX 75265-0051
543488824       EDI: WFFC.COM Aug 31 2018 01:18:00      Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick MD 21701
543488823      +EDI: WFFC.COM Aug 31 2018 01:18:00      Wells Fargo,    Po Box 14517,    Des Moines IA 50306-3517
                                                                                               TOTAL: 27
```

```
District/off: 0420-7          User: mcabee              Page 2 of 2              Date Rcvd: Aug 30, 2018
                              Form ID: b309a            Total Noticed: 47

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
543488781*       IRS NOTICE,    P.O. Box 7346,    Philadelphia PA 19101-7346
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2018 at the address(es) listed below:
              Christopher M. Edwards     on behalf of Debtor Shane Michael Herron Chris@mossattorneys.com,
               kaylav@mossattorneys.com;les@mossattorneys.com;jennie@mossattorneys.com;r46627@notify.bestcase.co
               m
              Randy A. Skinner    trustee@skinnerlawfirm.com,  wpeterkin@skinnerlawfirm.com;SC09@ecfcbis.com
              US  Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
                                                                                             TOTAL: 3
```